FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN -7 AM 11: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

SHARON HANNA,

        Plaintiff,

v.

GENERAL MOTORS CORPORATION,
and RAY CHEVROLET, INC.,

        Defendants

No. ~~03-2173-B~~

05-2409

---

### ORDER OF RECUSAL

---

The undersigned hereby recuses himself from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case. The parties shall, on all

pleadings and correspondence related to this matter, change the judge's initials in the case number

**from** 05-2409-B/V **to** the initials of the new judge assigned to this case.

IT IS SO ORDERED.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: June 6, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02409 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Melissa Holt Yopp
LAW OFFICE OF GARY GREEN
40 N. Pauline Sq.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT