IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHARON HANNA, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-2409 BD |
| GENERAL MOTORS CORPORATION, and RAY CHEVROLET, INC., | ) |
| Defendants. | ) |

## CONSENT ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Upon consent of all the parties, attorney Joel Giddens requests permission to withdraw as counsel of record for the Defendant Ray Chevrolet, Inc. and Tim Wade Hellen of Farris Mathews Branan Bobango Hellen & Dunlap PLC requests permission to be allowed to substitute as counsel of record for the said Defendant Ray Chevrolet, Inc.

It is, therefore, ORDERED, ADJUDGED AND DECREED, that Tim Wade Hellen of Farris Mathews Branan Bobango Hellen & Dunlap PLC be and they are hereby substituted as counsel of record for the Defendant Ray Chevrolet, Inc. and Joel Giddens be and he is hereby allowed to withdraw as counsel of record for said Defendant and in the future it will not be necessary to serve Joel Giddens with notice of materials filed in this cause.

Entered this 26th day of July, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-28-05

_Diane K. Vescovo_
~~Bernice B. Donald~~
UNITED STATES ~~DISTRICT COURT~~ JUDGE
_Magistrate_

_____
Joel Giddens
Attorney for Plaintiff

_____
Tim Wade Hellen
Attorney for Ray Chevrolet, Inc.

G:\Data\TWH\TIG\RAY CHEVROLET\substitution.order.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02409 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Joel W. Giddens
WILSON & ASSOCIATES, PLLC
200 Jefferson Ave.
Ste. 750
Memphis, TN 38103

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Melissa Holt Yopp
LAW OFFICE OF GARY GREEN
40 N. Pauline Sq.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT