IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 PM 4:23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SHARON HANNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-2409BD |
| ) | |
| GENERAL MOTORS CORPORATION and ) | |
| RAY CHEVROLET, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER DISMISSING FOR LACK OF SUBJECT MATTER JURISDICTION

On June 3, 2005, the plaintiff, Sharon Hanna, a resident of Arkansas, filed a complaint based on diversity jurisdiction pursuant to 28 U.S.C. § 1332 against the defendant General Motors Corporation, a Delaware corporation, and against the defendant, Ray Chevrolet, Inc., an Arkansas corporation, seeking damages for personal injuries she sustained in an automobile accident on June 26, 2004, in Memphis, Tennessee.

Because it appears on the face of the complaint that there is not complete diversity between the plaintiff, a citizen of Arkansas, and the defendant, Ray Chevrolet, Inc., the court may dismiss the complaint *sua sponte* for lack of original subject matter jurisdiction.

Accordingly, the complaint is hereby dismissed for lack of

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



subject matter jurisdiction.

    IT IS SO ORDERED.

*/s/ Bernice B. Donald*
Bernice B. Donald
UNITED STATES DISTRICT JUDGE

Date: *August 26, 2005*

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02409 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Melissa Holt Yopp
LAW OFFICE OF GARY GREEN
40 N. Pauline Street
Memphis, TN 38105

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Randall D. Noel
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT