*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

FILED BY _____ D.C.

05 DEC 20 AM 10:00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**SHARON HANNA**                          **JUDGMENT IN A CIVIL CASE**

v.

**GENERAL MOTORS CORPORATION, et al.**    **CASE NO: 05-2409-D**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing For Lack Of Subject Matter Jurisdiction entered on September 6, 2005, this cause is hereby dismissed.

APPROVED:

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

12-20-2005
Date

THOMAS M. GOULD

_____
Clerk of Court

_(signature)_
(By) Deputy Clerk

entered on the docket sheet in compliance
or 79(a) FRCP on __12/23/05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02409 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Melissa Holt Yopp
LAW OFFICE OF GARY GREEN
40 N. Pauline St.
Memphis, TN 38105

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Randall D. Noel
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT